IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EARL HALL,

    Petitioner,                             No. CIV S-02-0413 GEB GGH P

    vs.

GAIL LEWIS, Warden,

    Respondent.                         <u>ORDER</u>

_____/

        This petition for writ of habeas corpus was dismissed on March 31, 2003, and judgment entered accordingly. Upon petitioner's appeal, the Ninth Circuit affirmed the judgment. <u>See</u> certified copy of Ninth Circuit judgment, filed September 7, 2004. Petitioner has subsequently filed, on May 4, 2005, a letter asking for " an oral argument on my case or a reduction of my sentence," and a letter from another inmate giving his opinion as to petitioner's state of mind in 1998-1999. These filings do not appear to be contemplated by the Federal Rules of Civil or Appellate Procedure or the Federal Rules Governing § 2254 Cases. Therefore, these documents will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: 6/30/05                         /s/ Gregory G. Hollows

                                                   UNITED STATES MAGISTRATE JUDGE

GGH:009/hall0413.158