IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EARL HALL,

    Petitioner,                      No. CIV S-02-0413 GEB GGH P

    vs.

GAIL LEWIS, Warden,

    Respondent.                     ORDER

_____/

        This petition for writ of habeas corpus was dismissed on March 31, 2003, and judgment entered accordingly. Upon petitioner's appeal, the Ninth Circuit affirmed the judgment. See certified copy of Ninth Circuit judgment, filed September 7, 2004. Petitioner has subsequently filed, on May 4, 2005, a letter asking for " an oral argument on my case or a reduction of my sentence," and a letter from another inmate giving his opinion as to petitioner's state of mind in 1998-1999. These filings do not appear to be contemplated by the Federal Rules of Civil or Appellate Procedure or the Federal Rules Governing § 2254 Cases. Therefore, these documents will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: 6/30/05                      /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

GGH:009/hall0413.158